# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY SCOTT,
              Appellant,
vs.
RENEE BAKER, WARDEN,
              Respondent.

No. 79835

FILED

JAN 06 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a postconviction petition for a writ of habeas corpus. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Appellant has moved for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                              Silver

cc:  Hon. Jim C. Shirley, District Judge
     Gary Scott
     Attorney General/Carson City
     Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-00656